FILED
2015 Dec-23 AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    AR Resources
    433 Plaza Real
    275
    Boca Raton FL 33432

    9590 9403 0740 5196 1948 45

2. Article Number (Transfer from service label)

    7014 2120 0000 1702 2728

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☒ Agent
☐ Addressee

B. Received by (Printed Name): JULIANG
C. Date of Delivery: 12/17/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:15-CV-2015-WMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
        estricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt